```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 34579
   SANDRA LYNNE DAVIS
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-0304
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 08/30/05 and confirmed on 10/21/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $  57221.66 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | SECURED | 200.00 | 5.41 | 200.00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 32309.05 | .00 | 32309.05 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 923.89 | .00 | 923.89 |
| WORLD FINANCIAL NETWORK | UNSECURED | 238.34 | .00 | 238.34 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 16865.22 | .00 | 16865.22 |
| ECAST SETTLEMENT CORP | UNSECURED | 414.22 | .00 | 414.22 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 200.00 | .00 | 50750.72 | .00 | 50950.72 |
| PRINCIPAL PAID | 200.00 | .00 | 50750.72 | .00 | 50950.72 |
| INTEREST PAID | 5.41 | .00 | .00 | .00 | 5.41 |
| TOTAL PAID | 205.41 | .00 | 50750.72 | .00 | 50956.13 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $   2139.78 .

Refunds to the Debtor totaled $   1425.75 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

   Dated: 04/11/08                 /S/
                                GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 34579 SANDRA LYNNE DAVIS